**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

The State, Respondent,

v.

Eric Eugene Douglas, Appellant.

Appellate Case No. 2011-193448

———————————

Appeal From Spartanburg County
John C. Hayes, III, Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-567
Submitted October 1, 2012 – Filed October 24, 2012

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Robert M. Pachak, of Columbia, for
Appellant.

John Benjamin Aplin, of the South Carolina Department
of Probation, Parole & Pardon Services, of Columbia, for
Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.